■ RONALD J. STRACK et al., Appellants, v MAR-WAL CONSTRUCTION CO., INC., Respondent. [765 NYS2d 304] —Appeal from an order of Supreme Court, Erie County (Cosgrove, J.), entered September 20, 2002, which granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Cosgrove, J. Present—Pine, J.P., Hurlbutt, Scudder and Hayes, JJ.